GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Ph: (973) 360-7900

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARE DISTRIBUTION, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAM LABELS AND CARDS LLC, d/b/a A&M CARDS, a New Jersey limited liability company, ARTHUR AARON, an individual, and MARC STEINBERG, an individual,<br><br>Defendants. | CIV. ACT. NO: 2:09-cv-969 (SDW)<br><br>STIPULATION AND ORDER |
| AND RELATED COUNTERCLAIMS | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time for Plaintiff Kare Distribution, Inc., to answer, move against or otherwise respond to Defendants' Counterclaims is hereby extended to June 11, 2009.

GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
(973) 360-7900
Attorneys for Kare Distribution, Inc.

PHILLIPS NIZER, LLC
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
(201) 881-7016
Attorneys for Defendants

By: /s/ Ian S. Shainbrown
    Ian S. Shainbrown

By: /s/ N. Ari Weisbrot
    N. Ari Weisbrot

SO ORDERED: _____, U.S.D.J.  6-8-09