|  |  |
|---|---|
| KARE DISTRIBUTION, INC., | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| -vs- | Civil Action No. 09-969 (SDW) |
| JAM LABELS AND CARDS LLC d/b/a<br>A&M CARDS, ARTHUR AARON and<br>MARC STEINBERG, | ORDER DENYING DEFENDANTS<br>LEAVE TO FILE AN AMENDED<br>COUNTERCLAIM AND TO FILE A<br>THIRD-PARTY COMPLAINT |
| Defendant(s), | |

THIS MATTER having been opened to the Court upon application of Defendants JAM Labels and Cards, LLC, d/b/a A&M Cards, Arthur Aaron and Marc Steinberg (collectively, "Defendants"), by and through their counsel, N. Ari Weisbrot of the law firm Phillips Nizer LLP, by way of motion for an Order granting Defendants leave to file an amended counterclaim and to file a third-party complaint (Dkt. Entry 85); and the Court having read and considered the Certification of Defendant Marc Steinberg and the Memorandum of Law submitted in support hereof, and for good cause appearing,

IT IS on this 8th day of April, 2011,

ORDERED that Defendants' motion be and the same is hereby ~~granted~~ denied;

IT IS FURTHER ORDERED that Defendant be and are hereby granted leave to file an amended counterclaim and to file a third-party complaint;

IT IS FURTHER ORDERED that a true copy of this Order be served upon all counsel of record within 5 days of the date hereof.

_____
MADELINE COX ARLEO
UNITED STATES MAGISTRATE JUDGE