

No Dates Pending

Ian Shainbrown
Telephone: (973) 360-7900
shainbrowni@gtlaw.com

May 31, 2011

**VIA ELECTRONIC FILING**

Honorable Madeline C. Arleo, U.S.M.J.
United States District Court - District of New Jersey
Martin Luther King Courthouse
50 Walnut Street, Courtroom 2A
Newark, New Jersey 07101

      Re:    *Kare Distribution, Inc. v. Jams Labels and Cards, LLC et al.*,
             Case No. 2:09-cv-00969 (SDW) (MCA)

Dear Honorable Judge Arleo:

    Plaintiff is writing to respectfully request a one week extension of the summary judgment briefing schedule, to be set as follows:

    Opening brief: June 9, 2011;
    Opposition brief: July 13, 2011;
    Reply brief: July 27, 2011.

    Plaintiff has met and conferred with Defendants' counsel, who does not object to this request.

Respectfully,

Ian Shainbrown
David Saenz

cc:    Avi Frisch, Esq.

[Handwritten notation: So ordered / M. Arleo / 9 June 11]

GREENBERG TRAURIG, LLP ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM
200 Park Avenue ▪ P.O. Box 677 ▪ Florham Park, NJ 07932 ▪ Tel 973.360.7900 ▪ Fax 973.301.8410