**Avram E. Frisch, Esq. (AF-0187)**
**The Law Office of Avram E. Frisch LLC**
4 Forest Avenue – Second Floor
Paramus, NJ 07652
(201) 289-5352
frischa@avifrischlaw.com
Attorney for Defendants/Counterclaimants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *Plaintiff* <br><br> KARE DISTRIBUTION, INC., <br><br> vs. <br> *Defendants* <br><br> JAM LABELS AND CARDS LLC d/b/a A&M CARDS, ARTHUR AARON and MARC STEINBERG | CIVIL ACTION NO.: 09-969 (SDW) <br><br><br><br> NOTICE OF DEFENDANTS/ COUNTERCLAIMANTS MOTION FOR A SPOLIATION INFERENCE <br><br> **Motion Day: May 21, 2012** |

**To:** Ian S. Shainbrown
GREENBERG TRAURIG, LLP
200 Park Avenue
P.O. Box 677
Florham Park, New Jersey 07932
(973) 360-7900
(973) 301-8410 (fax)

David Saenz (DS 1976) (*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

**PLEASE TAKE NOTICE** that on May 21, 2012 at 10:00 AM or as soon thereafter as counsel

may be heard, Defendants and Counterclaimants A&M Cards Worldwide, Inc., Arthur Aaron

and Marc Steinberg will and hereby does move before the Honorable Susan D. Wigenton, United States District Court for the District of New Jersey, 50 Walnut St., Newark, NJ for an Order:

1) Granting Defendants/Counterclaimants relief pursuant to Fed. R. Civ. P. 37 and the Court's Inherent Authority for Plaintiff's failure to preserve electronic mail and other electronic documents for discovery by Defendants/Counterclaimants;

2) Instructing the jury that such electronic documents, had they been produced, would have demonstrated the existence of a binding contract between the parties and defeated Plaintiff's affirmative defenses

3) Adding Douglas O'Brien to the witness list;

4) Providing that Plaintiff pay the costs of this motion, including reasonable attorneys' fees;

5) And such other relief as the Court shall deem proper.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Defendants/Counterclaimants will rely upon the enclosed Memorandum of Law, Declaration of Avram E. Frisch, Esq., and a Declaration of Marc Steinberg.

**PLEASE TAKE FURTHER NOTICE** that Defendants/Counterclaimants do not request oral argument on this motion.

Respectfully submitted,

Dated: April 17, 2012                THE LAW OFFICE OF AVRAM E. FRISCH LLC

By:____/s/ Avram E. Frisch_____
        Avram E. Frisch, Esq

*Attorney for Defendants/Counterclaimants, A&M Cards, Arthur Aaron and Marc Steinberg*